**RECEIVED**

FEB - 1 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

MAJOR BOYD WHITLEY,
              Plaintiff

VERSUS

W.A. SHERROD, et al.,
              Defendants

CIVIL ACTION
SECTION "P"
1:10-CV-01921

JUDGE TRIMBLE
MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment (Doc. 50) is GRANTED and Whitley's action is DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana, on this _1st_ day of _Febun_, 2013.


_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE